In the Matter of the Claim of WILLIAM ALDRICH, Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of HARRY SEIDERMAN, Respondent, against HERMAN PERLA, INC., Defendant, and GLOBE INDEMNITY COMPANY, Alleged Insurance Carrier, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. The court directs the attention of counsel to the fact that the record is unnecessarily long to present the single question involved. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JAMES F. KENNY, Respondent, against ARTHUR McMULLEN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.